IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Terry Taylor, <br><br> Defendant(s). | Case No. 17-cr-658-2 <br> Judge Sara L. Ellis |

### ORDER

(T: 30) Jury Trial Ends. Verdict Reached. Jury finds defendant guilty as to Counts One and Two of the Indictment. Finding of guilty entered. Post trial motions are due by 5/20/19; responses by 6/10/19; replies by 6/24/19. Ruling date is set for 9/17/19 at 10:00 a.m. Cause is referred to probation office for presentence investigation report. Sentencing memoranda and any objections filed by the Defendant to the presentence investigation report should be filed in writing with the Clerk of Court with courtesy copy provided to chambers through Courtroom Deputy on or before 10/2/19. Sentencing memoranda and any objections filed by the Government to the presentence investigation report should be filed in writing with the Clerk of Court with courtesy copy provided to chambers through Courtroom Deputy on or before 10/9/19. Sentencing set for 10/16/19 at 10:30 a.m. Same bond conditions to stand. Pursuant to 18 U.S.C. 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. 3664(d)(5).

Date: 3/21/2019

/s/ Sara L. Ellis
U.S. District Court Judge